**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 23-1317**

—————————

FRANK GAUS, III; KRISTI GAUS, his wife,

Plaintiffs - Appellants,

v.

VERTEX NON-PROFIT HOLDINGS, INC., A Corporation,

Defendant - Appellee,

—————————

**No. 23-1319**

—————————

FRANK GAUS, III; KRISTI GAUS, his wife,

Plaintiffs - Appellants,

v.

EYP MISSION CRITICAL FACILITIES, INC., A Corporation,

Defendant - Appellee.

—————————

Appeals from the United States District Court for the Northern District of West Virginia, at Clarksburg.  Thomas S. Kleeh, Chief District Judge.  (1:18-cv-00160-TSK-MJA; 1:19-cv-00014-TSK)

—————————

Submitted:  March 28, 2024                              Decided:  May 30, 2024

Before HARRIS, RUSHING, and BENJAMIN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

**ON BRIEF:** Samuel J. Pasquarelli, SHERRARD, GERMAN & KELLY, P.C., Pittsburgh, Pennsylvania, for Appellants.  Peter T. DeMasters, Stanley A. Heflin III, FLAHERTY, SENSABAUGH, BONASSO, PLLC, Morgantown, West Virginia; Michael A. Weiner, BENNETT, BRICKLIN & SALTZBERG, LLC, Pittsburgh, Pennsylvania; Mario Bordogna, CLARK HILL, Morgantown, West Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Frank Gaus, III, and Kristi Gaus ("Appellants") appeal the district court's orders granting summary judgment to Vertex Non-Profit Holdings, Inc., and EYP Mission Critical Facilities, Inc. ("Appellees"), on their negligence and loss of consortium claims. We review the district court's orders de novo, "applying the same legal standards as the district court and viewing all facts and reasonable inferences in the light most favorable to the nonmoving party." *Ballengee v. CBS Broad., Inc.*, 968 F.3d 344, 349 (4th Cir. 2020).

Upon reviewing the record, we agree with the district court that Appellants have failed to establish a genuine dispute of material fact that Appellees breached a duty. *See Aikens v. Debow*, 541 S.E.2d 576, 580 (W. Va. 2000) ("No action for negligence will lie without a duty broken."). Specifically, there is no evidence upon which a jury could find that either Appellee was responsible for the erroneous single-line drawing upon which Appellants base their claims. Accordingly, we affirm the district court's orders. *Gaus v. Gen. Servs. Admin. of the U.S.*, No. 1:18-cv-00160-TSK-MJA (N.D.W. Va. Mar. 9, 2023; Mar. 14, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

3